[No. 11421–2–I.   Division One.   June 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
E. BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03200–8, Frank L. Sullivan, J., entered February 2, 1982. *Affirmed* by unpublished opinion per

Williams, J., concurred in by Durham, A.C.J., and Swanson, J.